FEBRUARY 26, 2004

No. 03A729. COX, GEORGIA SECRETARY OF STATE *v.* LARIOS ET AL. D. C. N. D. Ga. Application for stay of judgment pending disposition of the appeal, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

No. 03–9049 (03A733). HUNG LE *v.* OKLAHOMA. Ct. Crim. App. Okla. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

MARCH 1, 2004

No. 02–10703. FORISH *v.* MASSACHUSETTS. App. Ct. Mass. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Groh* v. *Ramirez, ante,* p. 551.

No. 03A744. WOODFORD, WARDEN *v.* COOPER. Application to stay the mandate of the United States Court of Appeals for the Ninth Circuit pending the filing and disposition of the petition for writ of certiorari, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

No. 03M48. RESENDIZ *v.* TEXAS. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 8, Orig. ARIZONA *v.* CALIFORNIA ET AL. Memorandum Opinion and Order on Motions for Summary Judgment and Motion in Limine received and ordered filed. [For earlier decision herein, see, *e. g.,* 531 U. S. 1.]

No. 03–221. PLILER, WARDEN *v.* FORD. C. A. 9th Cir. [Certiorari granted, *ante,* p. 1099.] Motion of respondent for appointment of counsel granted. Lisa M. Bassis, Esq., of Los Angeles, Cal., is appointed to serve as counsel for respondent in this case.